# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

## NOTICE OF APPEAL

| | |
|---|---|
| United States of America | 16-03024-01-CR-S-MDH |
| **Plaintiff** | Case Number |
| vs. | |
| Safya Roe Yassin | Honorable M. Douglas Harpool |
| **Defendant** | District Court Judge |

Notice is hereby given that Safya Roe Yassin appeals to the United States Court of Appeals for the Eighth Circuit From the: ☐ Judgment & Commitment X Order denying Defendant's Motion to Revoke or Amend Order of Detention entered on this action on   May 20, 2016   .
                                       Date

| | |
|---|---|
| Ian A. Lewis | (417) 873-9022 |
| Name of Counsel | Telephone Number |
| | |
| 901 St. Louis Street, Suite 801 | |
| Street Address | SSN (for CJA compensation) |
| | |
| Springfield, Missouri 65806 | /s/ Ian A. Lewis |
| City    State    Zip | Signature of Attorney |
| | |
| | May 20, 2016 |
| | Date |

## TRANSCRIPT ORDER FORM

To be completed by attorney for appellant

X Please prepare transcript of:
    ☐ Pretrial proceedings
    ☐ Testimony or
    ☐ Portions thereof
    ☐ Sentencing
    ☐ Post-trial proceedings
    ☐ Other _____

☐ No transcript ordered:
    Reason:
X Previously filed
☐ Other _____

## CERTIFICATE OF COMPLIANCE

Appellant hereby certifies that copies of this notice of appeal/transcript order form have been filed/served upon U.S. District Court, court reporter, and all counsel of record, and that satisfactory arrangements for payment of cost of transcripts ordered have been made with the court reporter. (FRAP 10(b)). Method of payment: X Funds ☐ CJA Form 24, completed and attached

Attorney's signature    /s/ Ian A. Lewis                Date   May 20, 2016

(See Reverse)

# INFORMATION SHEET

## To be Completed by Attorney for Appellant

1. Defendant's Address: <u>C.F.N. 2955272, c/o Greene County Jail, 1000 North Boonville, Springfield, Missouri 65802</u>

2. Date of verdict: <u>N/A</u>  Jury ☐ Non jury ☐

   Offenses: <u>18 U.S.C. §§ 875 (c) and 2 – interstate threatening communications</u>

   Trial Testimony   Number of days _____   Bail Status: _____

3. Sentence and Date Imposed: <u>N/A</u>

4. Date Trial Transcripts Ordered by Counsel or District Court: <u>N/A</u>

   Stenographer in Charge (Name, Address and Telephone Number): _____

5. Trial Counsel was X appointed ☐ retained

   Does Defendant's financial status warrant appointment of counsel on appeal? <u>Yes</u>

   Affidavit of financial status filed: <u>February 18, 2016</u>

   Is there any reason why trial counsel should not be appointed as counsel on appeal? <u>No</u>

6. Assistant United States Attorney name and telephone number: <u>Abram McGull, II, 831-4406</u>

## COURT REPORTER ACKNOWLEDGMENT

Date Order Received   Estimated Completion Date   Estimated No. of Pages

Court Reporter's Signature   Date

:ntcappl.int