# U.S. COURT OF APPEALS - EIGHTH CIRCUIT
# NOA SUPPLEMENT

Case Name: United States of America v. Safya Roe Yassin

Case Number: 16-03024-1-CR-S-MDH

Please return files and documents to:   U.S. District Court
1400 U.S. Courthouse
222 John Q. Hammons Parkway
Springfield, MO   65806
417/865-3869

Person to contact with questions about this appeal:   Clerk's Office 417-865-3869

Length of Trial:   N/A

Financial Status:   Fee Paid:   NO
   If NO, has IFP been granted:   YES
   Is there a pending motion for IFP?   NO

Counsel:   Plaintiff:   Abram McGull, II, AUSA   (417) 831-4406
          Defendant:   Ian A. Lewis, FPD   (417) 873-9022

Are there any other pending post-judgment motions?   NO

Is there keen local interest in this case?   NO

Do you recommend a simultaneous opinion release?   NO

Is there a court reporter in this case?   YES
   If yes, please identify:   Jeannine Rankin, 417-225-7713

Criminal Cases only:

   Is defendant incarcerated:   Yes

   Please list all other defendants in this case if there were multiple defendants: None

   Special Comments: