# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

June 23, 2016

Mr. Ian A. Lewis
FEDERAL PUBLIC DEFENDER'S OFFICE
Suite 801
901 St. Louis Street
Springfield, MO 65806-0000

RE: 16-2488 United States v. Safya Yassin

Dear Counsel:

Enclosed is a copy of the dispositive order in the referenced appeal. Please note that FRAP 40 of the Federal Rules of Appellate Procedure requires any petition for rehearing to be filed within 14 days after entry of judgment. Counsel-filed petitions must be filed electronically in CM/ECF. Paper copies are not required. This court strictly enforces the 14 day period. **No grace period for mailing is granted** for pro-se-filed petitions. A petition for rehearing or a motion for an extension of time must be filed with the Clerk's office within the 14 day period.

Michael E. Gans
Clerk of Court

AMT

Enclosure(s)

cc: Mr. Brian Patrick Casey
     Mr. Abram McGull II
     Ms. Paige Wymore-Wynn
     Mr. Safya Roe Yassin

    District Court/Agency Case Number(s): 6:16-cr-03024-MDH-1

# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 16-2488
_____

United States of America

Plaintiff - Appellee

v.

Safya Roe Yassin

Defendant - Appellant

_____

Appeal from U.S. District Court for the Western District of Missouri - Springfield
(6:16-cr-03024-MDH-1)

_____

**JUDGMENT**

Before SMITH, BOWMAN and GRUENDER, Circuit Judges.

     Appellant has filed a motion under Federal Rule of Appellate Procedure 9(a) for release pending trial. The court has carefully reviewed the motion and the United States' response, and the motion for release pending trial is denied.

June 23, 2016

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
     /s/ Michael E. Gans