*IN THE UNITED STATES DISTRICT COURT FOR THE*
*WESTERN DISTRICT OF MISSOURI*
*SOUTHERN DIVISION*

MINUTE SHEET

UNITED STATES OF AMERICA                    Date:    August 1, 2016

vs.                                         Case No. 16-3024-01-CR-S-MDH

SAFYA ROE YASSIN

Honorable David P. Rush, presiding at Springfield, Missouri

Nature of Hearing: Initial Appearance, Arraignment on SS Indictment

Time Commenced: 9:58 a.m.              Time Terminated:   10:03 a.m.

APPEARANCES

Plaintiff:   Abram McGull, AUSA          Defendant:   Ian A. Lewis, AFPD

Proceedings: Parties appear as indicated, defendant in person. Defendant waives formal reading of the Superseding Indictment and enters pleas of not guilty. Previously entered scheduling order (Doc. 24) remains in effect.

Court reiterates that it expects government to meet discovery deadlines, as two extensions of time have previously been granted.   Defense requests clarification regarding a declaration that the case is complex.   The case was previously declared complex via *Order* dated 4/21/2016 (Doc. 49.) Defendant in custody.

ERO/COURTROOM DEPUTY:   Kerry Schroeppel