IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                Plaintiff,

     v.

SAFYA ROE YASSIN,

                Defendant.

Case No. 16-3024-01-CR-S-MDH

## <u>ORDER</u>

Before the Court is Defendant's Motion to Rescind or Reconsider Protective Order. (Doc. 91). The parties have fully briefed the motion and it is now ripe for review. Defendant moves the court to reconsider arguing the government has already used the classified information against Ms. Yassin. Defendant states that during an evidentiary hearing on April 29, 2016, the government referred to Yassin's conversation with an "associate" that put the classified information into evidence. This Court disagrees.

As set forth in the Court's prior Order, the Court carefully reviewed the material submitted in light of the prevailing law and granted the government's motion in its entirety. The Court conducted an *in camera* and *ex parte* review of the government's submission and found that the government's motion for protective order was properly filed *in camera* and *ex parte* for this Court's review pursuant to CIPA § 4 and Rule 16(d)(1). Defendant's current motion provides no basis to rescind or reconsider the Court's prior ruling and the motion is **DENIED.**

**IT IS SO ORDERED.**

Dated: October 24, 2016

_/s/ Douglas Harpool_____
Honorable Douglas Harpool
United States District Judge
Western District of Missouri