Safya Yassin, #31277-045
Federal Correctional Institution - Aliceville
P.O Box 4000
Aliceville, AL 35442

REC'D FEB 14 2019

February 8, 2018

Case No: 16-3024-01-CR-5-MDH

United States District Court
222 N. Hammons Parkway
Springfield, MO 65806

Dear Clerk of the Court,

I am respectfully requesting that you please send me the following documents/applications:

1) A print out of the MY Docket Report as well as the FULL Docket Report Showing ALL Co-defendants.
2) Application for a Motion pursuant to 18. U.S.C 2255
3) Informa Pauperis application
4) Transcript order forms
5) Court Reporters Contact information for Ms. Jeannie Rankin or any other Court Reporter on my case.

I thank you for your assistance.

Sincerely,

Safya Yassin