# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No. 16-03024-01-CR-S-MDH |
| SAFYA ROE YASSIN, | |
| Defendant. | |

## RESPONSE TO PRO SE MOTION

The United States of America, through undersigned counsel, respectfully submits this response to defendant Safya Roe Yassin's pro se motion for a copy of the docket report in this case (Doc. 130). The United States respectfully defers this Court's discretion as to whether to grant the relief sought in that motion.

On February 14, 2019, this Court filed, as a pro se motion, a letter from the defendant in which she requests a copy of the full docket report in her case, along with other items related to the filing of a motion pursuant to 28 U.S.C. § 2255. This Court's docket entry noted that the requested items beside the docket sheet had been sent to the defendant. (*See* Doc. 130.)

The United States takes no position on the defendant's further request for a copy of the docket sheet. While the defendant's motion requests information about other defendants in her case, there were no other defendants, and in any event, the docket sheet contains only publically

available information.  For these reasons, the United States respectfully takes no position and defers to this Court's practice and discretion as to whether to grant the relief requested.

Respectfully submitted,

Timothy A. Garrison
United States Attorney

By    */s/ Brian P. Casey*

Brian P. Casey
Assistant United States Attorney

Charles Evans Whittaker Courthouse
400 East Ninth Street, Room 5510
Kansas City, Missouri 64106
Telephone:  (816) 426-3122

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was electronically filed on February 27, 2019, with the Clerk of Court using the CM-ECF system of the United States District Court for the Western District of Missouri thereby sending notification of the filing to CM-ECF participants in this matter.

*/s/ Brian P. Casey*
Brian P. Casey
Assistant United States Attorney
