UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

---

**UNITED STATES OF AMERICA**

    v.

                                   6:16-cr-3024
                                   Hon. M. Douglas Harpool

**SAFYA YASSIN,**

    **Defendant**

---

### DEFENDANT'S MOTION FOR MODIFICATION OF SENTENCE

    PLEASE TAKE NOTICE, that Ms. Safya Yassin hereby moves this Court on December 13, 2021for compassionate release pursuant to 18 USC 3582(c)(1)(A)(i), as amended by the First Step Act, upon the forthcoming suggestion submitted by counsel.

    WHEREAS Ms. Yassin respectfully requests that the Court grant the above relief, and such other and further relief as this Court deems just and proper.

    This 13th day of December, 2021.

Respectfully submitted,

                                                        /s/ Amith Gupta
                                                        Amith Gupta, Esq.
                                                       GA Bar No. 149222, Pro Hac Vice
                                                       925B Peachtree St. NE, Unit 2151
                                                       Atlanta, GA 30309
                                                       (408) 355-5782
                                                       amith@civilfreedoms.org
                                                       amithrgupta+legal@gmail.com